305 So.2d 382

**In re STATE**

**v.**

**Faye WILKERSON.**

**Ex parte Faye Wilkerson.**

**SC 1057.**

Supreme Court of Alabama.

Nov. 27, 1974.

Rehearing Denied Jan. 9, 1975.

Frank W. Riggs, Montgomery, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Faye Wilkerson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision

of that Court in State v. Wilkerson, 53 Ala.App. 104, 305 So.2d 378.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

■

300 So.2d 416

**In re Reginald H. STEPHENS**

**v.**

**STATE.**

**Ex parte STATE of Alabama.**

**SC 901.**

Supreme Court of Alabama.

Sept. 5, 1974.

Rehearing Denied Oct. 3, 1974.

William J. Baxley, Atty. Gen., and Eric Bowen, Asst. Atty. Gen., for petitioner.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of the State for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Stephens v. State, 53 Ala. App. 371, 300 So.2d 414.

Writ denied.

MERRILL, HARWOOD, MADDOX and FAULKNER, JJ., concur.